IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN EVANS,

    **Plaintiff,**

vs.                                                                            4:06-CV-578-SPM

STATE OF FLORIDA,

    **Defendant.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 31) dated May 9, 2007.  The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 32) on May 29, 2007.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff insists on raising the same arguments that have been repeatedly rejected.  The magistrate judge is empowered to hear this case without Plaintiff's consent pursuant not only to 28 U.S.C. 636, but to Local Rule 72.2(E), which explicitly provides that pro se non-prisoner cases shall be referred to a magistrate judge for all proceedings.  Secondly, although Plaintiff has paid his

filing fee, such payment does not obligate a court to entertain claims with no colorable basis.  *See* Freeman v. Fuller, 623 Fed. Supp. 1224, 1228 (S.D. Fla. 1985); Tyler v. Carter, 151 F.R.D. 537, 540 (S.D.N.Y. 1993).  The magistrate judge clearly explained why Plaintiff must have a license to practice law, and Plaintiff's arguments to the contrary do nothing more than to underscore his complete lack of training in the law, either state or federal.  Plaintiff's refusal to comply with court instructions and submit his complaint on proper forms is not an aid to his case, either.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 31) is adopted and incorporated by reference in this order.

2. Plaintiff's second amended complaint (doc. 14) is dismissed for failure to state a claim upon which relief can be granted and for failure to comply with court orders.

3. All pending motions are denied.

4. No further motions will be entertained on this issue.

3. The clerk shall close this file.

**DONE AND ORDERED** this fourth day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge